UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE O' BRYAN SWANN,<br>Plaintiff,<br>v.<br>INTEL PROBLEMS & SOLUTIONS, et al.,<br>Defendants. | Case No. 4:23-cv-06625-KAW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 17, 18 |

On December 26, 2023, Plaintiff Blake O'Bryan Swann proceeding pro se, filed a complaint and an application to proceed in forma pauperis ("IFP"). (Dkt. Nos. 1 & 2.) On March 12, 2024, the case was reassigned to this Court for all further proceedings. (Dkt. No. 5.)

On April 9, 2024, the Court denied the IFP application with leave to amend because it was incomplete. (Dkt. No. 9 at 1.) The Court noted the deficiencies, and Plaintiff was given until May 17, 2024 to file an amended IFP application or pay the filing fee. *Id.* Thereafter, Plaintiff filed what was construed as a request for an extension of time to file the amended IFP application, which was granted on June 26, 2024. (Dkt. No. 17 at 1.) In granting the extension of time, Plaintiff was also referred to the Federal Pro Bono Project's Help Desk for assistance, and he was ordered to file an amended IFP application or pay the filing fee by August 9, 2024. *Id.*

On July 11, 2024, Plaintiff filed a document that included a change of address, but it did not address his outstanding IFP application. (*See* Dkt. No. 18[1].)

To date, Plaintiff has not filed an amended IFP application or paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause by **September 30, 2024** why the case

---

[1] The motion (Dkt. No. 18) is TERMINATED as moot.

should not be dismissed for failure to pay the filing fee, and he must explain why he did not file an amended IFP application or pay the filing fee by the August 9, 2024 deadline. Additionally, Plaintiff is ordered to file an amended IFP application or pay the filing fee by **September 30, 2024**.

Plaintiff is advised that the failure to timely respond to this order to show cause and either file an amended IFP application or pay the filing fee will result in this case being reassigned to a district judge with the recommendation that it be dismissed for failure to pay the filing fee.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case.  This manual, and other free information for pro se litigants, is available online at: https://cand.uscourts.gov/pro-se-litigants/.

This resolves Dkt. No. 18.

IT IS SO ORDERED.

Dated: September 4, 2024

KANDIS A. WESTMORE
United States Magistrate Judge

2